IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEIF FRANCIS,<br><br>    Defendant. | NO. 6:10-mj-0020 MJS<br><br>ORDER DENYING<br>DEFENDANT'S MOTION TO SUPPRESS<br>EVIDENCE<br><br>Date: July 29, 2010<br>Time: 1:30 p.m.<br>Judge: Hon. Edmund F. Brennan |

Defendant filed a Motion to Suppress Evidence on July 7, 2010. The Government filed a Response on July 20, 2010. An evidentiary hearing was held on July 30, 2010. After consideration of the testimony and evidence presented, the briefing by the parties and oral argument, the motion is denied for the reasons stated on the record.

Dated: August 2, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE