DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEIF FRANCIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  6:10-mj-00020 MJS |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | STIPULATION TO VACATE MOTION |
|   | ) | HEARING AND SET FOR STATUS |
| v. | ) | CONFERENCE; ORDER THEREON |
|   | ) |   |
| LEIF FRANCIS, | ) | Date:   December 7, 2010 |
|   | ) | Time:   10:00 a.m. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |
|   | ) |   |

**IT IS HEREBY STIPULATED** by the parties hereto, through their respective counsel, that the motion hearing date in the above-entitled case now set for November 16, 2010, may be vacated and that the matter be set for status conference on **December 7, 2010.**

The parties make this request because Ms. Francis no longer intends to file the previously-contemplated motion to dismiss.

///

///

///

///

///

///

| | |
|---|---|
| DATED: October 28, 2010 | By: /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 28, 2010 | By: /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>LEIF FRANCIS |

* * * ORDER * * *

The Court, having reviewed the above request for vacating the November 16, 2010 motion hearing and setting the case for status conference on December 7, 2010, HEREBY ORDERS AS FOLLOWS:

The motion hearing in the matter of *U.S. v. Leif Francis* shall be vacated and the matter set for status conference on December 7, 2010, at 10:00 a.m., at the Yosemite courthouse.

IT IS SO ORDERED.

Dated:   October 30, 2010             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE